# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00028 |
| | ) Assigned to: Judge Meriweather, Robin. M |
| Nicholas Rodean | ) Assign Date: 1/11/2021 |
| DOB: XXXXXXXXXX | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; |
| 18 U.S.C. 1752(a)(2) | Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds |
| 40 U.S.C. 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in the Capitol Buildings |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

_Complainant's signature_

James Daffer, Special Agent, FBI
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/11/2021

_Judge's signature_

City and state: Washington, DC

Robin M. Meriweather, United States Magistrate Judge
_Printed name and title_