AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC AM8:58
RECEIVED JAN 12 '21

| United States of America | ) | Case: 1:21-mj-00028 |
| v. | ) | Assigned to: Judge Meriweather, Robin. M |
| Nicholas Rodean | ) | Assign Date: 1/11/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Nicholas Rodean,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752(a)(1), Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; 18 U.S.C. 1752(a)(2), Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds; 40 U.S.C. 5104(e)(2)(G), Parading, Demonstrating, or Picketing in the Capitol Buildings

Date: 01/11/2021

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2021.01.11 15:59:21 -05'00'

*Issuing officer's signature*

City and state:   Washington, DC

ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/11/2021, and the person was arrested on *(date)* 1/13/2021
at *(city and state)* Washington DC.

Date: 1/13/2021

*Steven Caldwell*
*Arresting officer's signature*

Steven Caldwell  DEO
*Printed name and title*