IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| United States | ) | |
| | ) | |
| v. | ) | NO. 21-47 |
| | ) | |
| Nicholas Rodean | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**RESPONSE TO GOVERNMENT'S PROPOSED DISCOVERY AND BRIEFING SCHEDULE**

Mr. Rodean objects to the Government's Proposed Discovery and Briefing Schedule (ECF 19) in two respects.[1] Mr. Rodean's objections are as follows:

1. *Rule 16 Discovery Deadline*

The government has requested an August 13, 2021 deadline for production of Rule 16 materials. Mr. Rodean requests that Rule 16 discovery be complete no later than thirty days before the deadline for pretrial motions (jointly proposed to be August 27). Mr. Rodean therefore requests that this Court require the government to complete Rule 16 discovery by July 27, absent a showing of good cause for delay.

2. *Exculpatory Information*

The government has proposed a September 24, 2021 deadline for production of *Brady* evidence. Mr. Rodean requests the Court to order that the government "promptly produce exculpatory evidence in time for its effective use at trial but in no event later than September 24, 2021." Such a deadline is necessary to ensure that Mr. Rodean has

---

[1] The parties engaged in discussions prior to filing to attempt to reach agreement on these two outstanding points. No agreement was reached.

adequate time to incorporate the government's *Brady* disclosures into his defense.

Mr. Rodean respectfully requests this Court to enter a scheduling order consistent with the above stated objections to the government's proposal.

Respectfully Submitted,

By:

/s/ *Charles Burnham*
Charles Burnham VSB # 72781
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173
charles@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I have served this filing on the government through the ecf system.

Respectfully Submitted,

By: /s/ *Charles Burnham*
Charles Burnham VSB # 72781
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com