**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **NICHOLAS RODEAN**, <br><br> Defendant. | Case No. 1:21-cr-00057 (TNM) |

**ORDER**

Upon consideration of the Government's [19] Proposed Briefing Schedule and Discovery Schedule and Defendant Nicholas Rodean's [20] Notice of Objections to Government's Proposed Briefing and Discovery Schedule, it is hereby

**ORDERED** that the parties shall adhere to the below discovery schedule; and it is also

| | |
|---|---|
| All materials prescribed by Federal Rule of Criminal Procedure 16(a)(1)(A), (B), (D), (E), (F), and (G) and 16(b) | August 13, 2021 |
| Any potentially exculpatory material under Federal Rule of Criminal Procedure 5(f)(1) | The Government shall promptly produce exculpatory evidence in time for its effective use at trial and no later than September 24, 2021. |
| Defendant will specifically request any additional material that he deems to be exculpatory | October 1, 2021 |
| Government will (1) provide materials requested by Defendant or (2) advise the Defendant that such materials do not exist or (3) oppose the production of such materials | October 11, 2021 |

| | |
|---|---|
| Any impeachment materials related to any individuals whom the Government intends to call as witnesses in the trial | October 15, 2021 |
| Witness statements pursuant to 18 U.S.C. § 3500 and Federal Rule of Criminal Procedure 26.2 | October 21, 2021 |

**ORDERED** that the parties shall adhere to the below briefing schedule:

| | |
|---|---|
| Motions | August 20, 2021 |
| Oppositions | September 10, 2021 |
| Replies | September 17, 2021 |

**SO ORDERED**.

Dated: June 9, 2021                                             TREVOR N. McFADDEN, U.S.D.J.