UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Case No.: 21-CR-57 |
| **NICHOLAS RODEAN,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Susan T. Lehr. AUSA Susan T. Lehr will be substituting for AUSA Kevin Birney.

                                          Respectfully submitted,

                                          MATTHEW M. GRAVES
                                          UNITED STATES ATTORNEY
                                          D.C. 481052

By:    /s/ *Susan T. Lehr*
            SUSAN T. LEHR
            Assistant United States Attorney (Detailee)
            NE Bar No. 19248
            1620 Dodge Street, #1400
            Omaha, NE 68102
            Office: 402-661-3715
            Email: Susan. Lehr@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 1st day of December 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Susan T. Lehr*
SUSAN T. LEHR
Assistant United States Attorney