UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-57 TNM |
| **NICHOLAS RODEAN,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Trial Attorney Melanie L. Alsworth hereby enters her appearance in the above-referenced matter.

                              Respectfully submitted,

                              MATTHEW GRAVES
                              United States Attorney
                              DC Bar No. 481052

By:    */s/ Melanie L. Alsworth*
        Melanie L. Alsworth
        AR Bar No. 2002095
        Trial Attorney
        Detailee
        601 D Street, NW
        Washington, DC  20530
        (202) 598-2285
        melanie.alsworth2@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 7th day of May, 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Melanie L. Alsworth*
MELANIE L. ALSWORTH
Trial Attorney